

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00015-CV

TWI XVIII, INC.; TEXAS WINGS, INC.; MICHAEL HERRICK; KELLY HALL; AND JOHN N. CROWDER, INDIVIDUALLY AND IN HIS CAPACITY AS TRUSTEE FOR EMILY CROWDER TRUST AND THE JOHN CROWDER III TRUST

APPELLANTS

V.

CARROLL FAMILY INVESTMENTS, LTD., SUCCESSOR BY MERGER TO CHRISTOPHER S. CARROLL NUMBER 1, LTD.

APPELLEE

------------

FROM THE 16TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2012-10921-16

### NO. 02-14-00213-CV

IN RE KELLY HALL & JOHN CROWDER

RELATORS

------------

------------

# MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Real Party In Interest's And Appellee's Motion To Dismiss," which is unopposed by the appellants and relators. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal and the petition for writ of mandamus.[2] *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MCCOY, GARDNER, and WALKER, JJ.

DELIVERED: November 26, 2014

---

[1]*See* Tex. R. App. P. 47.4.

[2]Our decision to grant the motion to dismiss renders moot any earlier motions still pending in this court.